O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DENNIS VEASMAN, | Case No. 2:21-cv-08423-MEMF(ASx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION [ECF NO. 93]** |
| v. | |
| NUANCE COMMUNICATIONS, INC.; SAYKARA, INC., | |
| Defendants. | |

The Court is in receipt of the parties' Joint Stipulation for Dismissal with Prejudice (ECF No. 93) and for good cause shown, it is hereby ORDERED that the first and second causes of action and claims asserted by Plaintiff Dennis Veasman against Defendant Nuance Communications, Inc. are DISMISSED WITH PREJUDICE. Each party will bear its owns fees and costs.

**IT IS SO ORDERED.**

Dated: August 29, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge